UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                     CHAPTER 13
                                      CASE NO. 06-55420-SWR
DANNON C HASKINS,                     JUDGE STEVEN W RHODES
Debtor
_____/

## TRUSTEE'S MOTION TO DISMISS AND/OR SET ASIDE SECOND CONVERSION CASE ON APRIL 7, 2008

    **NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and moves this Honorable Court for dismissal of the above-captioned matter pursuant to LBR 9014-1 (E.D.M.) and in support thereof states as follows:

    1. Trustee seeks dismissal of case converted in response to the 11 U.S.C. § 707(b) Motion filed by the U.S. Trustee for the reason that a conversion to Chapter 13 was unavailable to the debtor under 11 U.S.C. § 706(a) as the confirmed Chapter 13 case had been previously converted to a Chapter 7 on November 6, 2007.

    **WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court dismiss the above-captioned matter due to a material default in the plan provisions and the inability to successfully conclude a Plan.

                                  OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                                  Krispen S. Carroll, Chapter 13 Trustee

April 30, 2008                  /s/ Maria Gotsis
                                  KRISPEN S. CARROLL (P49817)
                                  MARGARET CONTI SCHMIDT (P42945)
                                  MARIA GOTSIS (P67107)
                                  719 Griswold Street
                                  1100 Dime Building
                                  Detroit, MI  48226
                                  (313) 962-5035

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 06-55420-SWR
DANNON C HASKINS, JUDGE STEVEN W RHODES
Debtor

_____/

## ORDER DISMISSING CASE AND/OR SET ASIDE SECOND CONVERSION CASE ON APRIL 7, 2008

This matter having come to be heard upon the Trustee's Motion to Dismiss and/or Set Aside Second Conversion Case on April 7, 2008 filed pursuant to LBR 9014-1 (E.D.M.), the Motion having been duly served on debtor's counsel and the last known address of the debtor and the requisite time having passed without objection having been timely served, a Certificate of No Response having been filed and the relief requested in the Motion being warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter shall be and is hereby dismissed due to the inability to complete the Plan, resulting in material default thereon;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall immediately provide notice of the entry of this order to all creditors listed in this case, the debtor, debtor's attorney, if any, and the Trustee;

**IT IS FURTHER ORDERED** that Krispen S. Carroll, Trustee, is discharged as Trustee and the Trustee and her surety is released from any and all liability on account of the within proceeding;

EXHIBIT "A"

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 06-55420-SWR |
| DANNON C HASKINS, | JUDGE STEVEN W RHODES |
| Debtor | |
| _____/ | |

### NOTICE OF TRUSTEE'S MOTION TO DISMISS AND/OR SET ASIDE SECOND CONVERSION CASE ON APRIL 7, 2008

The Chapter 13 Trustee has filed papers with the court to dismiss the above-captioned case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to dismiss the above-captioned case or if you want the court to consider your views on the Trustee's motion, within 15 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at[1]:

**United States Bankruptcy Court**
**211 W. Fort Street, Suite 2100**
**Detroit, Michigan 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
*ATTN: MOTION DEPARTMENT*
719 Griswold Street
1100 Dime Building
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Trustee's Objection and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
Krispen S. Carroll, Chapter 13 Trustee

April 29, 2008          /s/ Maria Gotsis
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| | CASE NO. 06-55420-SWR |
| DANNON C HASKINS, | JUDGE STEVEN W RHODES |
| Debtor | |
| _____/ | |

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S MOTION TO DISMISS AND/OR SET ASIDE SECOND CONVERSION CASE ON APRIL 7, 2008, NOTICE OF TRUSTEE'S MOTION TO DISMISS, and CERTIFICATE OF MAILING** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

RONALD S SIEGEL
30150 TELEGRAPH #444
BIRMINGHAM, MI 48025-4549

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

DANNON C HASKINS
1598 EMERALD PINES
CANTON, MI 48188-0000

| | |
|---|---|
| April 30, 2008 | /s/ Barbara A. Ecclestone |
| | Barbara A. Ecclestone |
| | For the Office of the Chapter 13 Trustee-Detroit |
| | 719 Griswold Street |
| | 1100 Dime Building |
| | Detroit, MI 48226 |
| | 313/962-5035 |